IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| TERRY LEWIS BROOKS, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv284 |
| NEWTON COUNTY JAIL, ET AL. | § | |

MEMORANDUM OPINION AND ORDER

Plaintiff Terry Lewis Brooks, Jr., an inmate formerly confined at the Jasper County Correctional Center, proceeding *pro se*, brought the above-styled lawsuit. The Court dismissed plaintiff's lawsuit on May 14, 2025 for want for want of prosecution based on plaintiff's failure to either pay the remainder of the full filing fee, $340.00, or submit an application to proceed *in forma pauperis*.

Plaintiff has filed a motion for reconsideration, asserting he did not receive notice of the order or the Report because he was left homeless by Hurricane Beryl. [Dkt. 42]. Accordingly, plaintiff seeks reconsideration of the judgment entered in this case so he can have another opportunity to prosecute this action. Interpreted liberally, plaintiff's motion is construed as a motion for relief from judgment.

Rule 60, FED. R. CIV. P., provides in pertinent part:

> (b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud …, misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

As it appears plaintiff may not have received the order or Report to have an opportunity to present his objections to the Court for *de novo* review, the Court is of the opinion it would be in the interests of justice to grant plaintiff's motion for relief from judgment. After careful consideration of the circumstances in this case, the Court is of the opinion that plaintiff's motion warrants relief

from the judgment to the extent plaintiff should be provided an additional opportunity to prosecute his lawsuit.

ORDER

For the reasons set forth above, plaintiff's motion for relief from the judgment pursuant to Rule 60(b) should be granted to provide plaintiff additional time to comply with the court's previous order. It is

ORDERED that plaintiff's motion for relief from judgment [Dkt. 42] is GRANTED. It is further

ORDERED that plaintiff shall, within fifteen (15) days from the date of this order, either pay the remainder of the full filing fee, $340.00, or submit a new application to proceed *in forma pauperis*, as previously ordered. If plaintiff timely complies with this order, the above-styled action will be reinstated on the court's active docket.

**SIGNED this 28th day of September, 2026.**

Michael J. Truncale
United States District Judge